MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
IBAD H. JAFRI
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov
Email: ibad.jafri2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 4:25-cr-00020-RRB-SAO |
|---|---|
| Plaintiff, | COUNTS 1 AND 2<br>POSSESSION WITH INTENT TO<br>DISTRIBUTE CONTROLLED SUBSTANCES<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| vs. | |
| VINCENT LAWRENCE ROBERTS, | COUNT 3<br>POSSESSION OF FIREARMS IN<br>FURTHERANCE OF A DRUG<br>TRAFFICKING CRIME<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | |
| | COUNT 4<br>FELON IN POSSESSION OF A FIREARM<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | CRIMINAL FORFEITURE ALLEGATION 1<br>   21 U.S.C. § 853(a)(1) & (2), 28 U.S.C.<br>§ 2461(c), and Fed. R. Crim. P. 32.2(a) |
| | CRIMINAL FORFEITURE ALLEGATION 2<br>   18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and<br>Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about December 28, 2024, within the District of Alaska, the defendant, VINCENT LAWRENCE ROBERTS, did knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 50 grams or more of methamphetamine, all in violation of 21 U.S.C. § 841 (b)(1)(A)(viii).

## COUNT 2

On or about June 26, 2025, within the District of Alaska, the defendant, VINCENT LAWRENCE ROBERTS, did knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 50 grams or more of methamphetamine, all in violation of 21 U.S.C. § 841 (b)(1)(A)(viii).

## COUNT 3

On or about June 26, 2025, within the District of Alaska, the defendant, VINCENT LAWERENCE ROBERTS, knowingly possessed a firearm, namely a KelTec P15 Pistol, in furtherance of a drug trafficking crime as charged in Count 2.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 4

On or about July 27, 2025, within the District of Alaska, the defendant, VINCENT LAWRENCE ROBERTS, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess,

in and affecting interstate and foreign commerce, firearms and ammunition, namely:

- Smith and Wesson, SW40VE, pistol with laser attachment and magazine;
- Remington, Model 33, 22 bolt action rifle;
- Remington .308 ammunition;
- 16 Federal 30-06 SPRG ammunition;
- 103 Blazer .40 S&W ammunition; and
- 20 Winchester .40 S&W ammunition.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| July 9, 2021 | Felon in Possession of a Firearm | District of Alaska | 4:20-cr-00004-RRB |
| July 28, 2016 | Criminal Mischief | Superior Court for the State of Alaska | 4FY-15-23 |
| July 26, 2007 | Unlawful Evasion | Superior Court for the State of Alaska | 4FA-07-1473 |
| November 22, 2006 | Theft | Superior Court for the State of Alaska | 4FA-03-4642 |

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference for the for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the defendant, VINCENT

LAWRENCE ROBERTS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

- Smith and Wesson, SW40VE, pistol with laser attachment and magazine;
- Remington, Model 33, 22 bolt action rifle;
- Remington .308 ammunition;
- 16 Federal 30-06 SPRG ammunition;
- 103 Blazer .40 S&W ammunition; and
- 20 Winchester .40 S&W ammunition.

All pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a).

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 3-4 are hereby re-alleged and incorporated by reference for the for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 924(c), as set forth in Counts 3-4 of this Indictment, the defendant, VINCENT LAWRENCE ROBERTS, shall forfeit to the United States of America any firearms and ammunition used in and involved in knowing violation of the

offenses; the property to be forfeited includes, but is not limited to:

- Smith and Wesson, SW40VE, pistol with laser attachment and magazine;
- Remington, Model 33, 22 bolt action rifle;
- Remington .308 ammunition;
- 16 Federal 30-06 SPRG ammunition;
- 103 Blazer .40 S&W ammunition; and
- 20 Winchester .40 S&W ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a).

If any of the property described in Criminal Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ibad H. Jafri
IBAD H. JAFRI
Special Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 11/19/25